**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Aaron M. Kardon<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3721<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–21083–KCF | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Aaron M. Kardon

9/13/19

**By the court:** Kathryn C. Ferguson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                         **Order of Discharge**                         page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-21083-KCF
Aaron M. Kardon                                                                 Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Sep 13, 2019
                              Form ID: 318             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
```
db              Aaron M. Kardon,    128 S Adelaide Ave,    Apt 2B,    Highland Park, NJ  08904-1650
518279658       Borrowersfir,    1114 Lost Creek Blvd,    Austin, TX  78746-6300
518279659       Cap1/bstby,    50 NW Point Blvd,    Elk Grove Village, IL  60007-1032
518279663      +Fein Such,    7 Century Dr., Ste 201,    Parsippany, NJ 07054-4673
518279664       Forrster garbus and garbus,    7 Banta Pl,    Hackensack, NJ  07601-5604
518279665       Ftl Finance,    275 Lemay Ferry Rd,    Saint Louis, MO  63125-1239
518279666      +Hayt, Hayt And Landau,    2 Industrial Way West Pob 500,    Eatontown, NJ 07724-0500
518426726       Specialized Loan Services,    8742 Lucent Blvd., Suite 300,    Highlands Ranch, CO 80129-2386
518279674       Wells Fargo Bank,    Credit,    Bureau DISPUTE,    Des Moines, IA  50306
518279661       charles kleiner, esq.,    1 University Plz Ste 412,    Hackensack, NJ  07601-6204
518421685      +lisa miller,    416 s 8th ave,    highland park, nj 08904-3008
518421684      +optimum altice,    1111 stewart ave,    bethpage, ny 11714-3533
518421683      +pse&g 4000 hadley rd,    south plainfield, nj 07080-1124
518279672       tenaglia & hunt, pa,    395 W Passaic St Ste 205,    Rochelle Park, NJ  07662-3016
518279676      +william p. mikita, esq.,    1301 highway 36 bldg 1,    Hazlet, NJ 07730-1754
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2019 00:37:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2019 00:37:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: WFFC.COM Sep 14 2019 04:08:00     Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,
                 1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
518279655      +E-mail/Text: bk@avant.com Sep 14 2019 00:37:49     Avant Inc,    640 N La Salle Dr,
                 Chicago, IL 60654-3731
518279657       EDI: BANKAMER.COM Sep 14 2019 04:08:00      Bk of Amer,    PO Box 982238,
                 El Paso, TX  79998-2238
518279656       EDI: TSYS2.COM Sep 14 2019 04:08:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE  19899-8803
518279660       EDI: CAPITALONE.COM Sep 14 2019 04:08:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA  23238-1119
518279662       EDI: RCSFNBMARIN.COM Sep 14 2019 04:08:00      Credit One Bank NA,    PO Box 98875,
                 Las Vegas, NV  89193-8875
518323437       EDI: RESURGENT.COM Sep 14 2019 04:08:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
518279667       E-mail/Text: bk@lendingclub.com Sep 14 2019 00:37:44      Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA  94105-2985
518279668      +E-mail/Text: bnc@nordstrom.com Sep 14 2019 00:36:35     Nordstrom Fsb,    13531 E Caley Ave,
                 Englewood, CO 80111-6505
518279669       EDI: AGFINANCE.COM Sep 14 2019 04:08:00      Onemain,    PO Box 1010,
                 Evansville, IN  47706-1010
518279670       EDI: RMSC.COM Sep 14 2019 04:08:00      Syncb/Care Credit,    950 Forrer Blvd,
                 Kettering, OH  45420-1469
518280617      +EDI: RMSC.COM Sep 14 2019 04:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518279671       EDI: WTRRNBANK.COM Sep 14 2019 04:08:00      Td Bank USA/Targetcred,    PO Box 673,
                 Minneapolis, MN  55440-0673
518279673       EDI: USAA.COM Sep 14 2019 04:08:00      Usaa Savings Bank,    PO Box 47504,
                 San Antonio, TX  78265-7504
518279675       EDI: WFFC.COM Sep 14 2019 04:08:00      Wff Auto,    PO Box 29704,    Phoenix, AZ  85038-9704
518421682      +EDI: VERIZONCOMB.COM Sep 14 2019 04:08:00      verizon wireless,    500 technology dr, ste 550,
                 weldon springs, m 63304-2225
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 13, 2019
                              Form ID: 318             Total Noticed: 33
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Edward Nathan Vaisman     on behalf of Debtor Aaron M. Kardon vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```